FILED
2026 Feb-02  AM 08:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARIO D. SANDERS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-303-ACA-GMB** |
| | ) | |
| **WARDEN KEN PETERS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>MEMORANDUM OPINION</u>

The magistrate judge entered a report recommending that the court dismiss Plaintiff Mario D. Sanders's amended petition for a writ of habeas corpus (doc. 5) without prejudice. (Doc. 11). The report informed Mr. Sanders of his right to object to the report within fourteen days. (*Id.* at 5). The deadline has passed, and no objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DISMISS** the amended petition for a writ of habeas **WITHOUT PREJUDICE**. The court will enter a separate final order consistent with this opinion.

The court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.

§ 2253(c)(2). To make such a showing, a petitioner must show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The court finds Mr. Sanders's claims do not satisfy either standard. So the certificate of appealability is **DENIED**.

      **DONE** and **ORDERED** this February 2, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE